DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TIMOTHY LANCE EHMAN,**
Appellant,

v.

**LUCIA IRENE EHMAN,**
Appellee.

No. 4D20-1890

[September 30, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Sarah Willis, Judge; L.T. Case No. 502010DR011936.

Mark Wilensky of Dubiner & Wilensky, L.L.C., Wellington, for appellant.

Steven Cripps of Law Offices of Orsley & Cripps, PA, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and DAMOORGIAN, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***